IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 JUN 13 P 2: 35

CLERK'S OFFICE
AT BALTIMORE

BY_____ DEPUTY

| | | |
|---|---|---|
| PHYSICIANS PRACTICE, INC. | * | |
| Plaintiff | * | |
| v. | * | CIVIL NO. WMN-02-414 |
| TIMOTHY O'DONNELL | * | |
| Defendant | * | |

*************

## ORDER TO SHOW CAUSE

It appearing that plaintiff herein has not effected proper service of process within 120 days of filing of the pleading seeking affirmative relief upon defendant **Timothy O'Donnell**; therefore, it is this _13th_ day of ___June___, 2002

ORDERED:

1. That pursuant to Local Rule 103.8.a and F.R.Cv.P. 4(m), plaintiff is directed to show cause within fourteen (14) days of the date of this Order why the claims should not be dismissed as to defendant **Timothy O'Donnell**, without prejudice, in this matter. Failure to do so may result in the immediate dismissal of this case; and

2. That the Clerk of Court mail or transmit copies of this Order to counsel of record.

_____
William M. Nickerson
United States District Judge