IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| PHYSICIANS PRACTICE INC. | * |
| Plaintiff, | * AT BALTIMORE |
| v. | * Civil Action No. WMN-02-414 |
| TIMOTHY O'DONNELL | * |
| Defendant. | * |

\* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, Physicians Practice, Inc., by its undersigned counsel, pursuant to F.R.Cv.P. 41(a)(1), hereby voluntarily dismisses, without prejudice, this action.

Respectfully submitted,

_____
Sherry H. Flax
Saul Ewing LLP
100 South Charles Street
Baltimore, MD 21201
(410) 332-8784

Attorney for Plaintiff

" APPROVED " THIS 25th DAY
OF June , 2002

_____
UNITED STATES DISTRICT JUDGE

728143.1 6/24/02